# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1567

_____

Andre R. Crawford,                                  *
                                                    *
        Appellant,                          *
                                                    *   Appeal from the United States
    v.                                          *   District Court for the Eastern
                                                    *   District of Missouri.
Gramex Corporation; Jane Gaitsch;                   *
John Nahm; Paul Deli,                               *        [UNPUBLISHED]
                                                    *
        Appellees.                          *

_____

Submitted: March 2, 2000

Filed: March 6, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Andre R. Crawford raises a variety of contentions related to the district court's dismissal of Crawford's employment-related lawsuit for failure to state a claim. Having reviewed the record in the context of Crawford's contentions, we conclude that no error of law appears in the district court's rulings and that an extended discussion is unnecessary. We decline to consider the arguments Crawford raises for the first time in his reply brief. Having carefully considered all of Crawford's arguments that are properly before the court, we affirm the district court's rulings. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.